# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Enrique Marcano. <br><br> Plaintiff, <br><br> v. <br><br> Nationwide Credit and Collection, Inc. <br><br> Defendant. | Case No. 20 C 1803 <br><br> Judge Marvin E. Aspen |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of petitioners
and against respondent
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant
and against plaintiff

Defendants shall recover costs from plaintiff.

☒ other: Case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge Marvin E. Aspen without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen on 10/4/2021.

Date: 10/4/2021                    Thomas G. Bruton, Clerk of Court

                                   Amanda Scherer, Deputy Clerk